

ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

SEALED BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2001

at 9 o'clock and 56 min. A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br> JOHN JOE GRIFFITHS,              )<br>                                 )<br>            Defendant.           )<br> _____) | CR. NO.  CR01-00268 SOM<br><br>INDICTMENT<br>[21 U.S.C. § 841(a)(1)] |

INDICTMENT

COUNT 1

The grand jury charges that:

On or about March 29, 2001, in the District of Hawaii, the defendant JOHN JOE GRIFFITHS, knowingly and intentionally

possessed with intent to distribute a quantity of crystal methamphetamine-"ice," in excess of 50 grams, to wit, approximately eight (8) ounces of crystal methamphetamine-"ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

The Grand Jury further charges that:

On or about April 4, 2001, in the District of Hawaii, Defendant JOHN JOE GRIFFITHS, knowingly and intentionally distribute a quantity of crystal methamphetamine-"ice," in excess of five (5) grams, a Schedule II controlled substance

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The Grand Jury further charges that:

On or about June 8, 2001, in the District of Hawaii, the defendant JOHN JOE GRIFFITHS, knowingly and intentionally possessed with intent to distribute a quantity of crystal methamphetamine-"ice," a Schedule II controlled substance.

/ / /

/ / /

/ / /

/ / /

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 11, 2001, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

U.S.A. v. John Joe Griffiths,
CR. No.

Indictment

3